# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA TALLAHASSEE DIVISION

SALLEE BYRD, as Personal Representative
of the ESTATE OF RICHARD JOHNSON,
etc.,

      Plaintiff,

v.                                   CASE NO. 4:14cv25-RH/CAS

TIMOTHY H. CANNON et al.,

      Defendants.

_____/

## ORDER SUBSTITUTING DEFENDANTS

A defendant is the Secretary of the Florida Department of Corrections in his official capacity. Timothy H. Cannon has succeeded Michael D. Crews in that position. Under Federal Rule of Civil Procedure 25(d), Mr. Cannon automatically replaces Mr. Crews as a defendant. Accordingly,

IT IS ORDERED:

The clerk must show on the docket that Timothy H. Cannon is substituted for Michael D. Crews as a defendant. The case style is amended accordingly.

SO ORDERED on December 10, 2014.

                                              s/Robert L. Hinkle
                                              United States District Judge